# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2951 Disciplinary Docket No. 3 |
| | : |
| RALPH A. GONZALEZ, A/K/A RALPH ALEXANDER GONZALEZ | : No. 24 DB 2023 |
| | : |
| | : (Supreme Court of New Jersey, D-38 |
| | : September Term 2021) |
| | : |
| | : Attorney Registration No. 48757 |
| | : |
| | : (Out of State) |

## ORDER

**PER CURIAM**

   **AND NOW**, this 3rd day of May, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Ralph A. Gonzalez, a/k/a Ralph Alexander Gonzalez, is suspended from the practice of law in the Commonwealth of Pennsylvania for a period of one year. He shall comply with the provisions of Pa.R.D.E. 217.